UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL, | Case No. 1:21-cv-01567-DAD-EPG |
| Plaintiff, | ORDER DISCHARGING SHOW CAUSE ORDER |
| v. | (ECF No. 8) |
| FEDERAL INSURANCE COMPANY, et al., | |
| Defendants. | |

    Plaintiff Valley Children's Hospital proceeds through counsel in this breach of contract action against Defendants Federal Insurance Company, The Chubb Corporation, and DOES 1 -5. (ECF No. 1). On January 24, 2022, this Court ordered Plaintiff to show cause why this action should not be dismissed for failure to timely complete service on Defendants. (ECF No. 8).

    The Court directed Plaintiff to file, no later than February 11, 2022, either: (1) a return of service showing that service on each Defendant has been completed; or (2) a response to this order to show cause demonstrating that Plaintiff has good cause for failing to complete service and explaining when Plaintiff will complete service.

    On February 8, 2022, Plaintiff filed a return of service for Defendant Federal Insurance Company and Defendant The Chubb Corporation. (ECF Nos. 11, 12).

///

1

Accordingly, IT IS ORDERED that the Court's January 24, 2022 show cause order (ECF No. 8) is discharged.[1]

IT IS SO ORDERED.

Dated: **February 9, 2022**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Should Plaintiff amend its complaint to identify the John Doe Defendants, Plaintiff shall ensure that they are timely served.