UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 1:21-cv-01567-DAD-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF ONLY DEFENDANT THE CHUBB CORPORATION<br><br>(ECF No. 17) |

On March 18, 2022, the parties filed a stipulation of dismissal with prejudice as to only Defendant The Chubb Corporation. (ECF No. 17). Accordingly, in light of the parties' stipulation, the case against Defendant The Chubb Corporation has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to designate on the docket that The Chubb Corporation has been terminated as a defendant in this case.

IT IS SO ORDERED.

Dated:  **March 21, 2022**                  /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

1