UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL, a California nonprofit public benefit corporation<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 1:21-cv-01567-ADA-EPG<br><br>ORDER RE JOINT STIPULATION FOR AN ORDER EXTENDING THE DISCOVERY DEADLINES BY FOUR WEEKS<br><br>(ECF NO. 40) |

This matter is before the Court on the parties' joint stipulation to extend certain case deadlines by four weeks. (ECF No. 40). As grounds, the parties state that they had deferred depositions until resolution of the related action, which was dismissed with prejudice on December 9, 2022. Accordingly, they have only recently begun to schedule depositions and conduct additional written discovery. Given the delay in commencing certain discovery, they ask for a four-week extension of the deadlines for nonexpert discovery, expert designation, rebuttal expert designation, and expert discovery. They do not ask to extend the dispositive motion deadline or the dates for the pretrial conference and trial.

Pursuant to the parties' joint stipulation (ECF No. 40), IT IS ORDERED that the Court's scheduling order (ECF No. 38, *see* ECF No. 21) is modified as follows:

1

1. Non-Expert Discovery is due by February 24, 2023[1];

2. Designation of Expert Witnesses is due by March 24, 2023;

3. Rebuttal Designation of Expert Witnesses is due by April 25, 2023; and

4. Expert Discovery is due by May 25, 2023.

All unmodified deadlines, dates, and provisions of the Court's scheduling order remain in place.

IT IS SO ORDERED.

Dated: **December 27, 2022**          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties propose February 25, 2023, for the non-expert deadline and March 25, 2023, for the designation of expert witnesses deadline. Because both dates fall on a Saturday, the Court has moved the deadlines up by one day.