UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 1:21-cv-01567-ADA-EPG<br><br>ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 42) |

This matter is before the Court on the parties' stipulation to amend the scheduling order. (ECF No. 42). As grounds, the parties state that they will not be able to complete a deposition withing the period for non-expert discovery and they desire to extend other deadlines by appropriately six weeks.

Based on the parties' stipulation (ECF No. 42), the scheduling order (ECF No. 21) as modified (ECF Nos. 38, 41) is further modifies as follows:

\\\

\\\

1. Non-Expert Discovery deadline is extended from February 24, 2023, to April 7, 2023;
2. Designation of Expert Witnesses is extended from March 24, 2023, to May 5, 2023;
3. Rebuttal Designation of Expert Witnesses is extended from April 25, 2023, to June 6, 2023;
4. Expert Discovery deadline is extended to from May 25, 2023, to July 6, 2023;
5. Deadline to file Dispositive Motions is extended from June 12, 2023, to July 24, 2023;
6. The pretrial conference is reset from November 20, 2023, to January 8, 2024, at 1:30 p.m. before District Judge Ana de Alba;[1]
7. The trial is reset from January 23, 2024, to March 12, 2024, at 8:30 a.m. before District Judge Ana de Alba;[2] and
8. The parties are advised that, should the parties request another extension of deadlines, the Court will set a status conference to address the request.

IT IS SO ORDERED.

Dated:   **February 27, 2023**                     /s/ *Erica P. Grosjean*
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties did not ask to extend the pretrial and trial dates, it is necessary to do so because of the dispositive motion deadline being extended.

[2] The parties are directed to review District Judge de Alba's standing order for requirements regarding the pretrial conference and trial, which is available on the Court's website at: https://www.caed.uscourts.gov/caednew/assets/File/ADA/ADA%20Standing%20Order_12162022.pdf