UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, et al.<br><br>Defendants. | Case No. 1:21-cv-01567-ADA-EPG<br><br>ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 46) |

This matter is before the Court on the parties' stipulation to amend the scheduling order to continue the expert discovery deadline from July 6, 2023, to August 17, 2023. (ECF No. 46). As grounds, the parties state that they cannot complete expert depositions by the current deadline and Plaintiff's counsel has been engaged in the preparation of a jury trial for another case.

Based on the parties' stipulation (ECF No. 46), the scheduling order (ECF No. 21), as modified (ECF Nos. 38, 41, 43), is further modified so that the expert discovery deadline is extended to from July 6, 2023, to August 17, 2023. All other deadlines remain in place.

IT IS SO ORDERED.

Dated: **July 5, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

- 1 -