UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, et al.<br><br>Defendants. | Case No. 1:21-cv-01567-ADA-EPG<br><br>ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 51) |

This matter is before the Court on the parties' stipulation to amend the scheduling order to continue the expert discovery deadline from August 17, 2023, to September 7, 2023; to extend the opposition to the pending motion for summary judgment to September 21, 2023; and to extend the deadline for Defendant to file a reply in support of summary judgment to October 5, 2023. (ECF No. 51). As grounds, the parties state that Plaintiff's counsel has had to unexpectedly travel to British Columbia because of the failing health of his mother.

Based on the parties' stipulation (ECF No. 51), the scheduling order (ECF No. 21), as modified (ECF Nos. 38, 41, 43, 47), is further modified so that the expert discovery deadline is extended to September 7, 2023; the opposition deadline to the pending motion for summary

judgment is extended to September 21, 2023; and the deadline for Defendant to file a reply in support of the motion for summary judgment is extended to October 5, 2023. All other deadlines remain in place.

IT IS SO ORDERED.

Dated: **July 26, 2023**              /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE